IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ROBERT B. CIARPAGLINI,

                Plaintiff,

   v.                                                  ORDER
                                                          07-C-461-S
MARY GORSKE, BELINDA SCHRUBBE
and BRUCE SIEDSCHLAG,

                Defendants.
_____

     Plaintiff's motion to recuse this Court in the above entitled matter was denied.  Plaintiff moves reconsideration.  This motion will be denied because this Court has no knowledge of the subject matter of the action plaintiff states he has filed against this Court in Rockford, Illinois.  Further judgment was entered in this case on October 5, 2007.

                                ORDER

     IT IS ORDERED that plaintiff's motion for reconsideration of the denial of his recusal motion is DENIED.

     Entered this <u>10th</u> day of October, 2007.

                              BY THE COURT:

                                  /s/
                        _____
                        JOHN C. SHABAZ
                        District Judge